NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

THE ASSOCIATION FOR MOLECULAR PATHOLOGY, THE AMERICAN COLLEGE OF MEDICAL GENETICS, THE AMERICAN SOCIETY FOR CLINICAL PATHOLOGY, THE COLLEGE OF AMERICAN PATHOLOGISTS, HAIG KAZAZIAN, MD, ARUPA GANGULY, PHD, WENDY CHUNG, MD, PHD, HARRY OSTRER, MD, DAVID LEDBETTER, PHD, STEPHEN WARREN, PHD, ELLEN MATLOFF, M.S., ELSA REICH, M.S., BREAST CANCER ACTION, BOSTON WOMEN'S HEALTH BOOK COLLECTIVE, LISBETH CERIANI, RUNI LIMARY, GENAE GIRARD, PATRICE FORTUNE, VICKY THOMASON, AND KATHLEEN RAKER,
*Plaintiffs-Appellees,*

v.

UNITED STATES PATENT AND TRADEMARK OFFICE,
*Defendant,*

AND

MYRIAD GENETICS, INC.,
*Defendant-Appellant,*

AND

LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS,

**THOMAS PARKS, DAVID W. PERSHING, AND MICHAEL K. YOUNG, IN THEIR OFFICIAL CAPACITY AS DIRECTORS OF THE UNIVERSITY OF UTAH RESEARCH FOUNDATION,**
*Defendants-Appellants.*

---

2010-1406

---

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-4515, Senior Judge Robert W. Sweet.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the unopposed motions for leave to file briefs amici curiae out of time, and the motion for leave to join a previously submitted amicus brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JAN 20 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Christopher A. Hansen, Esq.
Gregory A. Castanias, Esq.
David S. Forman, Esq.
Bruce B. Vignery, Esq.
Mary M. Calkins, Esq.
Barbara R. Rudolph, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 20 2011

JAN HORBALY
CLERK

Andrew Chin, Esq.
Kent D. McClure, Esq.
Seth P. Waxman, Esq.
J. Timothy Keane, Esq.
Erik P. Belt, Esq.
William G. Gaede, III, Esq.
John L. Hendricks, Esq.
Larry James Frierson, Esq.
Christopher M. Holman, Esq.
Jennifer Gordon, Esq.
Erika R. George, Esq.
George A. Kimbrell, Esq.
Jacqueline Dawn Wright-Bonilla, Esq.
Herbert C. Wamsley, Esq.
Brian R. Dorn, Esq.
Judy DeLeon Jarecki-Black, Esq.
Aaron Stiefel, Esq.
Kurt G. Calia, Esq.
Lori Andrews, Esq.
Debra L. Greenfield, Esq.
Mark R. Freeman, Esq.
Krista L. Cox, Esq.
Ann M. McCrackin, Esq.
E. Richard Gold, Esq.
Maxim H. Waldbaum, Esq.
James P. Evans, Esq.
Tania Bubela, Esq.
Francis Pizzulli, Esq.

s20